# MEMORANDUM

DATE: 9/7/05

TO: Courtroom Clerk for Judge _Young_

and Magistrate Judge _Bowler_

FROM: Sheila A Diskes

SUBJECT: Assignment of New Indictment/Information (Superseding ____ )[1]

---

Please be advised that the following indictment/information returned or filed on 9/7/05 has been assigned/referred to you.

Criminal No. _05-cr-10238-WGY_ U.S.A. v. _Montero_

____ This INDICTMENT/INFORMATION is SEALED. The original file and copies will be maintained under seal until requested or retrieved.

_✓_ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _D. Saccoccio_ upon completion of case opening. A copy of the indictment/information is attached for your information.

cc: AUSA _N. Pellegrini_

(newindic.mem - 08/96)

---

[1] Note:

1. Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.

2. **THERE IS NO AUTOMATIC REFERRAL TO A MAGISTRATE JUDGE REGARDING SUPERSEDING INDICTMENTS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 05CR-10238-WGY |
| v. | Count One: |
| CARLOS MANUEL MONTERO a/k/a<br>Radhames Javier a/k/a<br>Luis Vega a/k/a<br>Joel De Los Santos Rodriquez | 8 U.S.C. § 1326(a),(b)<br>(Illegal Re-entry of<br>Deported Alien) |

### INDICTMENT

**COUNT ONE**:  8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about August 12, 2005, at Boston, in the District of Massachusetts,

**CARLOS MANUEL MONTERO**
**a/k/a Radhames Javier**
**a/k/a Luis Vega**
**a/k/a Joel De Los Santos Rodriquez**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, after a conviction for an aggravated felony, to wit, Possession with Intent to Distribute a Controlled Substance, to wit, Cocaine, in violation of M.G.L. ch. 94C, § 32A, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a)(1) and (b)(2) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
NADINE PELLEGRINI
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                September 7, 2005

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
9/7/05 @ 2:20pm

◣JS 45 (5/97) - (Revised USAO MA 8/29/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ICE

**City** Boston  **Related Case Information:** O5-CR-10238-WGY

**County** Suffolk  Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

Defendant Name  Carlos Manuel MONTERO   Juvenile  ☐ Yes  ☒ No

Alias Name  Luis Vega; Joel De Los Santos Rodriguez; Radhames Javier

Address  _____

Birth date (Year only): 1979  SSN (last 4 #): ____  Sex M  Race: H  Nationality: DR

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Nadine Pellegrini   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect: Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/7/05   Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Carlos Manuel Montero

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. §1326(a) (b)(2) | Illegal re-entry by deported alien | 1 |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**