AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CARLOS MANUEL MONTERO a/k/a
Radhames Javier a/k/a Luis Vega a/k/a
Joel De Los Santos Rodriquez

**WARRANT FOR ARREST**

CASE NUMBER: 05-CR-10238-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CARLOS MANUEL MONTERO a/k/a Radhames Javier a/k/a Luis Vega a/k/a Joel De Los Santos Rodriquez
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Illegal Re-entry after Deportation.

in violation of Title 8 United States Code, Section(s) 1326(a)

Theresa Catino                             Deputy Clerk
Name of Issuing Officer                    Title of Issuing Officer

Theresa Catino          9/7/05          Boston, MA.
Signature of Issuing Officer    Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/8/2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.