UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                          **CRIMINAL**
                                                            **NO. 05-10238 -WGY**

**CARLOS MONTERO**

### INITIAL SCHEDULING ORDER

  YOUNG, C.J.

The above named defendant(s) having been arraigned on SEPT. 16, 2005 before   BOWLER, USM  , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

   A.   The government shall provide automatic discovery by  10/14/05   See  L.R116.1(C).

   B.   The defendant shall provide automatic discovery by 10/14/05  . See LR 116.1(D).

   C.   Any discovery request letters shall be sent and filed by   10/28/05   . See LR 116.3 (A) and (H).

   D.   Any responses to discovery request letters shall be sent and filed by  11/10/05/05. See LR 116.3(A).

   E.   An initial status conference in accordance with LR 116.5 will be held on   OCT. 27, 2005  at    2:00    p.m. in Courtroom No.   18     on the   5    floor.


                                                            By the Court,

9/20/05                                                     /s/ Elizabeth Smith
───────────────────                                         ───────────────────
       Date                                                    Deputy Clerk


(Crinsch1.wp - 11/24/98)