UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA


V.                                    DOCKET NO: 1:05CR10238WGY


CARLOS MONTERO


NOTICE OF APPEARANCE

   Now comes the undersigned, William Keefe, Massachusetts Board of Bar Overseers Registration Number 556817, and respectfully enters his appearance for all purposes on behalf of the defendant in the above-captioned matter.



Respectfully submitted,
CARLOS MONTERO,
By his lawyer,


_____                    _____
Date                                  WILLIAM KEEFE
                                      BBO # 556817
                                      390 Centre Street
                                      Jamaica Plain, MA 02130
                                      Telephone (617) 983-9200
                                      Facsimile (617) 983-0733