AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF

## MASSACHUSETTS

UNITED STATES

v.

CARLOS MANUEL MONTERO

**APPEARANCE**

Case Number: 05-10238-WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for CARLOS MANUEL MONTERO. (LIMITED TO WILLIAM KEEFE, ATTY, REQUEST FOR FURTHER DATE FOR SCHEDULING CONFERENCE)

I certify that I am admitted to practice in this court.

OCTOBER 20, 2005
Date

Signature

CRAIG HAVEL
Print Name

MA
225970
Bar Number

390 CENTRE ST
Address

JAMAICA PLAIN MA
City                State

02130
Zip Code

(617) 327-7541
Phone Number

SAME
Fax Number