UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  **Criminal Action**
                                                  **No: 05-10238-WGY**

**UNITED STATES**
**Plaintiff**

v.

**CARLOS MANUEL MONTERO**
**Defendant**

**SCHEDULING ORDER**

**YOUNG, C.J.**

    An initial status conference in accordance with LR 116.5 was held on  10/20/05

    Any substantive motions are to be filed by  11/23/05.  See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before   12/7/05   See LR 116.3(l).

    A Final Pretrial Conference will be held on   12/15/05 @ 2OM

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 12/15/05

    A tentative trial date has been set for   1/17/06

    The time between    10/20/05  and  1/17/06  is excluded in the interest of justice.

                                                      **By the Court,**

                                                      **/s/ Elizabeth Smith**
                                                      _____
                                                      **Deputy Clerk**

**October 21, 2005To: All Counsel**