UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10238-WGY |
| | ) | |
| CARLOS MANUEL MONTERO | ) | |

## NOTICE OF WITHDRAWAL

Undersigned counsel hereby moves to withdraw as counsel for Defendant, Carlos Manuel Montero.

As grounds for this motion, counsel states that defendant, Carlos Manuel Montero has retained attorney Craig Havel to represent him for all purposes in this matter. Attorney Havel has filed a notice of appearance with the court.

                              CARLOS MANUEL MONTERO
                              By his attorney,

                              /s/ Stylianus Sinnis
                              Stylianus Sinnis
                                B.B.O. # 560148
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

November 1, 2005