```
 1          THE COURT:  Mr. Carlos Manuel Montero, in
 2   consideration of the factors under 18 United States Code,
 3   Section 3553, the information from the United States
 4   Attorney, the probation office and your attorney, the Court
 5   sentences you to two years in the custody of the United
 6   States Attorney General, and to be followed by two years of
 7   supervised release.
 8          The Court imposes upon you no fine due to your
 9   inability to pay a fine, and imposes the $100 special
10   assessment.
11          The Court imposes the following special conditions
12   of supervised release.  You'll refrain from any unlawful use
13   of a controlled substance and shall submit to one drug test
14   within 15 days of release and at least two periodic drug
15   tests thereafter not to exceed 104 drug tests per year as
16   directed by the probation office.
17          You'll submit to the collection of a DNA sample.
18   Prohibited from possessing a firearm, destructive device or
19   other dangerous weapon.  If deported, you shall leave the
20   United States, not to return without the prior permission of
21   the Secretary of the Department of Homeland Security.
22          You'll use your true name and you're prohibited
23   from using any false names or false identifying information.
24          Let me explain -- I will say you will get credit
25   toward the service of that sentence from September 8, 2005
```

```
 1   to the present.
 2            Let me explain the sentence to you, Mr. Montero.
 3   First, you're not being punished for the crime that you
 4   committed that got you deported in the first place.  I
 5   believe that you came back to the United States out of a
 6   love for and a care for your children.  But it's a crime.
 7   This country had once deported you never to return.
 8            By violating the law you have burdened our
 9   government and our people with the need to enforce our laws.
10   Immigration policy is a matter of great debate.  Your coming
11   here illegally injures and obstructs the chance of those
12   other people who have never been deported to get on a track
13   toward genuine United States citizenship.  Because you have
14   committed a crime and for the reasons that Ms. Pellegrini
15   properly outlined, it is the duty of this Court to give you
16   a real sentence.
17            When I'm done, I want to ask the question, while it
18   is not cruel and unusual punishment in a constitutional
19   sense that he not be permitted to see his children, I would
20   like to make a disposition where his children are available
21   to him with appropriate security.  It resonates with the
22   Court when Mr. Montero says that being deprived from the
23   chance to see his children is worse than spending time in
24   prison.
25            Now a word for the government.  Ms. Pellegrini, as
```

```
 1    is your wont you've ably argued the government's position
 2    and indeed the rationale that you've urged on the Court is
 3    persuasive, though the responsibility for every sentence is
 4    mine.  Something that undercuts that rationale, there's just
 5    no way around it, is these euphemistically entitled fast
 6    track programs in those districts along our border with
 7    Mexico.  Those programs are nothing more than a way to
 8    ignore the laws otherwise extant in the United States having
 9    to do with sentencing to process primarily alien immigrants,
10    but also drug offenders, but primarily alien immigrants and
11    get them beyond the borders of the United States.  They are
12    driven by budgetary constraints, by the inability of the
13    Executive to find sufficient funds, persuade congress to
14    provide sufficient funds to secure our southern border and
15    adjudicate people under the equal protection of the laws.
16    That's a matter that troubles the Court enormously.  It's
17    not really presented in this case, but it's not
18    inappropriate to note that it weakens the, for shorthand
19    we'll call it the respect-for-law argument that you urged on
20    me in this case and which persuades the Court in this case.
21            All right.  I do want to ask you, Mr. Keefe, and
22    maybe I'll ask probation, or Ms. Pellegrini.
23            What place of confinement?  Do you have a
24    recommendation?
25            **MR. KEEFE:**  I'm asking for Fort Devens.
```

```
 1              THE COURT:  Well, I don't know as they'll find a
 2   bed at Fort Devens, but if you ask for it, I'll recommend
 3   it.
 4              But, Ms. Pellegrini, I'm very troubled by this not
 5   see the children.  Now, I assume he's in Plymouth or
 6   somewhere.  I'm not taxing the Executive with that.  But I'm
 7   going to make a specific recommendation that, consistent
 8   with security requirements, he be permitted to see his
 9   children.  And I'll ask probation.
10              So far as you know there's no, in the federal
11   system there's no prohibition on his seeing his children, is
12   there?  There's no general prohibition?
13              THE PROBATION OFFICER:  No, your Honor.  It was my
14   understanding from speaking to the mother of one, of two of
15   his children that she had some trouble where he was.  I
16   think he's detained in Essex County.  I'm sorry.
17              THE COURT:  Some trouble with the local authorities
18   in Essex.
19              THE PROBATION OFFICER:  Perhaps.  But I may be
20   mistaken.
21              THE COURT:  All right.  I'll do my -- I'm putting a
22   recommendation, consistent with security, he gets to see his
23   children.  And I do recommend Fort Devens.  That's the
24   sentence of the Court.
25              Now, Mr. Montero, you have the right to appeal from
```

```
 1    any findings or rulings the Court has made against you.
 2    Should you appeal and should your appeal be successful in
 3    whole or in part and the case remanded, further proceedings
 4    will be before another judge.
 5         Second.  Mr. Keefe, should he decide to appeal or
 6    you decide to appeal, I'm directing you, I want a motion for
 7    transcript, if you want any transcript, to be filed with
 8    this Court before the notice of appeal.  I will act on it
 9    instantly, really as instantly as I'm aware of it.  And
10    that's for smooth transcript preparation so we don't wait
11    for an order from the Court of Appeals.
12         Do you understand?
13         **MR. KEEFE:**  Yes, your Honor, I do.
14         **THE COURT:**  Anything else?
15         **MR. KEEFE:**  Your Honor, I believe the Court
16    mentioned credit since September 12.
17         **THE COURT:**  I said September 8th, didn't I?
18         **MR. KEEFE:**  September 8th.
19         If you'll permit me, your Honor, perhaps in the
20    next day, to maybe verify as to when exactly he went into
21    immigration custody.  I've been told that he bailed from a
22    state -- City of Boston Police Department arrest on
23    August 12th.  And I think he may have gone over into
24    immigration custody while they reviewed his file for the
25    purpose of filing a complaint.
```

```
 1            THE COURT:  I have only a limited few days to
 2   revise the judgment.
 3            MS. PELLEGRINI:  I can verify that, your Honor.
 4            THE COURT:  Oh, you can?  You agree with Mr. Keefe?
 5            MS. PELLEGRINI:  Yes, your Honor.  I have a
 6   memorandum to me from the, from the Immigration and Customs
 7   Enforcement in which it states on August 12th, '05 the
 8   subject came into ICE custody.
 9            THE COURT:  Well, now, is ICE custody going to be
10   adequate to count off against this sentence?  It's another
11   month.
12            MS. PELLEGRINI:  It's another month.  You know,
13   your Honor, unfortunately, it's not an actually very easy
14   question to answer because --
15            THE COURT:  Well, then I'll answer it.  I'm
16   revising the sentence.  The sentence will be 23 months in
17   custody, but I'm giving him credit only from September 8th.
18   It has the same functional effect and it seems fair.
19            MS. PELLEGRINI:  Your Honor, I didn't mean to
20   sidestep the Court's question.  It's just that, and I looked
21   at Ms. Lyness, I think we both have had the issue come up
22   with the Bureau of Prisons recognizing that, and so I think
23   the Court's --
24            THE COURT:  It's an advisory guideline and here is
25   a perfect example of the appropriate practical effect.
```

1    Let's sidestep a difficult legal question.  I don't impugn
2    anybody.  The functional effect is the same.  The
3    appropriate respect for the law and deterrence is achieved.
4    And, Mr. Keefe, thank you for raising it to my attention.
5           That's the sentence of the Court.  We'll recess.
6           **THE CLERK:**  All rise.
7           **MR. KEEFE:**  Thank you, your Honor.
8           (Whereupon the matter concluded.)

AO 245B(05-MA)  (Rev. 06/05) Judgment in a Criminal Case
Sheet 1 - D. Massachusetts - 10/05

# UNITED STATES DISTRICT COURT
## District of Massachusetts

UNITED STATES OF AMERICA
V.
**CARLOS MANUEL MONTERO**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **1: 05 CR 10238 - 001 - WGY**

USM Number: 25792-038

William Keefe
Defendant's Attorney

☑ Additional documents attached
Transcript Excerpt of Sentencing Hearing

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  1
☐ pleaded nolo contendere to count(s)
    which was accepted by the court.
☐ was found guilty on count(s)
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

Additional Counts - See continuation page ☐

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1326(a) | Alien in US after Deportation | 08/12/05 | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)
☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

04/05/06
Date of Imposition of Judgment

/s/ William G. Young
Signature of Judge

The Honorable William G. Young
Judge, U.S. District Court
Name and Title of Judge

4/5/06
Date

AO 245B(05-MA)    (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 - D. Massachusetts - 10/05

DEFENDANT: **CARLOS MANUEL MONTERO**
CASE NUMBER: **1: 05  CR  10238  -  001  - WGY**

Judgment — Page _____ of __3__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:    **23**    month(s)

[✓] The court makes the following recommendations to the Bureau of Prisons:

credit for time served from 9/8/05 to the present. The court recommends consistent with the security requirements, the defendant be permitted to visit with his children . The Court recommends custody at Fort Devens

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

  [ ] at _____  [ ] a.m.  [ ] p.m. on _____ .

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____ .

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B(05-MA)     (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 - D. Massachusetts - 10/05

Judgment—Page ____ of __3__

DEFENDANT: **CARLOS MANUEL MONTERO**
CASE NUMBER: **1: 05 CR 10238 - 001 - WGY**

## SUPERVISED RELEASE

☑ See continuation page

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     **24**   month(s)

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed  104  tests per year, as directed by the probation officer.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:05-cr-10238-WGY   Document 13-3   Filed 04/05/2006   Page 4 of 10

AO 245B(05-MA)   (Rev. 06/05) Judgment in a Criminal Case
Sheet 4A - Continuation Page - Supervised Release/Probation -10/05

DEFENDANT: **CARLOS MANUEL MONTERO**  
CASE NUMBER: **1: 05 CR 10238 - 001 - WGY**

Judgment—Page _____ of ___3___

# ADDITIONAL ☑ SUPERVISED RELEASE ☐ PROBATION TERMS

The defendant is to use his true name and is prohibited from the use of aliases, incorrect places of birth, false dates of birth, false social security numbers and any other pertinent identifying information

If ordered deported the defendant is to leave the United States and not return without the prior permission of the Secretary of Homeland Security.

The defendant is to use his true name and is prohibited from the use of aliases, incorrect places of birth, false dates of birth, false social security numbers and any other pertinent identifying information

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 test per year.

**Continuation of Conditions of ☐ Supervised Release ☐ Probation**

Judgment — Page _____ of ___3___

DEFENDANT: **CARLOS MANUEL MONTERO**
CASE NUMBER: **1: 05  CR  10238   -  001  - WGY**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ $100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

☐ See Continuation Page

| TOTALS | $ $0.00 | $ $0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **CARLOS MANUEL MONTERO**
CASE NUMBER: **1: 05 CR 10238 - 001 - WGY**

Judgment — Page _____ of __3__

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** [X] Lump sum payment of $ __$100.00__ due immediately, balance due

    [ ] not later than _____ , or
    [ ] in accordance [ ] C, [ ] D, [ ] E, or [ ] F below; or

**B** [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

**C** [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** [ ] Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

[ ] See Continuation Page

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: **CARLOS MANUEL MONTERO**  
CASE NUMBER: **1: 05 CR 10238 - 001 - WGY**  
DISTRICT: **MASSACHUSETTS**

Judgment — Page of 3

## STATEMENT OF REASONS

**I  COURT FINDINGS ON PRESENTENCE INVESTIGATION REPORT**

- A ☑ **The court adopts the presentence investigation report without change.**

- B ☐ **The court adopts the presentence investigation report with the following changes.**
  (Check all that apply and specify court determination, findings, or comments, referencing paragraph numbers in the presentence report, if applicable.) (Use Section VIII if necessary.)

  1 ☐ **Chapter Two of the U.S.S.G. Manual** determinations by court (including changes to base offense level, or specific offense characteristics):

  2 ☐ **Chapter Three of the U.S.S.G. Manual** determinations by court (including changes to victim-related adjustments, role in the offense, obstruction of justice, multiple counts, or acceptance of responsibility):

  3 ☐ **Chapter Four of the U.S.S.G. Manual** determinations by court (including changes to criminal history category or scores, career offender, or criminal livelihood determinations):

  4 ☐ **Additional Comments or Findings** (including comments or factual findings concerning certain information in the presentence report that the Federal Bureau of Prisons may rely on when it makes inmate classification, designation, or programming decisions):

- C ☐ **The record establishes no need for a presentence investigation report pursuant to Fed.R.Crim.P. 32.**

**II  COURT FINDING ON MANDATORY MINIMUM SENTENCE** (Check all that apply.)

- A ☑ No count of conviction carries a mandatory minimum sentence.

- B ☐ Mandatory minimum sentence imposed.

- C ☐ One or more counts of conviction alleged in the indictment carry a mandatory minimum term of imprisonment, but the sentence imposed is below a mandatory minimum term because the court has determined that the mandatory minimum does not apply based on

  - ☐ findings of fact in this case
  - ☐ substantial assistance (18 U.S.C. § 3553(e))
  - ☐ the statutory safety valve (18 U.S.C. § 3553(f))

**III  COURT DETERMINATION OF ADVISORY GUIDELINE RANGE (BEFORE DEPARTURES):**

Total Offense Level: 17  
Criminal History Category: I  
Imprisonment Range: 24 to 30 months  
Supervised Release Range: 2 to 3 years  
Fine Range: $ 5,000 to $ 50,000  
☑ Fine waived or below the guideline range because of inability to pay.

DEFENDANT: **CARLOS MANUEL MONTERO**
CASE NUMBER: **1: 05  CR  10238   - 001 - WGY**
DISTRICT: **MASSACHUSETTS**

Judgment — Page  of  3

# STATEMENT OF REASONS

**IV   ADVISORY GUIDELINE SENTENCING DETERMINATION** (Check only one.)

A ☐ **The sentence is within an advisory guideline range that is not greater than 24 months, and the court finds no reason to depart.**

B ☐ **The sentence is within an advisory guideline range that is greater than 24 months, and the specific sentence is imposed for these reasons.**
(Use Section VIII if necessary.)

C ☐ **The court departs from the advisory guideline range for reasons authorized by the sentencing guidelines manual.**
(Also complete Section V.)

D ☐ **The court imposed a sentence outside the advisory sentencing guideline system.** (Also complete Section VI.)

**V   DEPARTURES AUTHORIZED BY THE ADVISORY SENTENCING GUIDELINES** (If applicable.)

A   **The sentence imposed departs** (Check only one.):
☐ below the advisory guideline range
☐ above the advisory guideline range

B   **Departure based on** (Check all that apply.):

1   **Plea Agreement** (Check all that apply and check reason(s) below.):
☐ 5K1.1 plea agreement based on the defendant's substantial assistance
☐ 5K3.1 plea agreement based on Early Disposition or "Fast-track" Program
☐ binding plea agreement for departure accepted by the court
☐ plea agreement for departure, which the court finds to be reasonable
☐ plea agreement that states that the government will not oppose a defense departure motion.

2   **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
☐ 5K1.1 government motion based on the defendant's substantial assistance
☐ 5K3.1 government motion based on Early Disposition or "Fast-track" program
☐ government motion for departure
☐ defense motion for departure to which the government did not object
☐ defense motion for departure to which the government objected

3   **Other**
☐ Other than a plea agreement or motion by the parties for departure (Check reason(s) below.):

C   **Reason(s) for Departure** (Check all that apply other than 5K1.1 or 5K3.1.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | 4A1.3 | Criminal History Inadequacy | ☐ | 5K2.1 | Death | ☐ | 5K2.11 | Lesser Harm |
| ☐ | 5H1.1 | Age | ☐ | 5K2.2 | Physical Injury | ☐ | 5K2.12 | Coercion and Duress |
| ☐ | 5H1.2 | Education and Vocational Skills | ☐ | 5K2.3 | Extreme Psychological Injury | ☐ | 5K2.13 | Diminished Capacity |
| ☐ | 5H1.3 | Mental and Emotional Condition | ☐ | 5K2.4 | Abduction or Unlawful Restraint | ☐ | 5K2.14 | Public Welfare |
| ☐ | 5H1.4 | Physical Condition | ☐ | 5K2.5 | Property Damage or Loss | ☐ | 5K2.16 | Voluntary Disclosure of Offense |
| ☐ | 5H1.5 | Employment Record | ☐ | 5K2.6 | Weapon or Dangerous Weapon | ☐ | 5K2.17 | High-Capacity, Semiautomatic Weapon |
| ☐ | 5H1.6 | Family Ties and Responsibilities | ☐ | 5K2.7 | Disruption of Government Function | ☐ | 5K2.18 | Violent Street Gang |
| ☐ | 5H1.11 | Military Record, Charitable Service, Good Works | ☐ | 5K2.8 | Extreme Conduct | ☐ | 5K2.20 | Aberrant Behavior |
| | | | ☐ | 5K2.9 | Criminal Purpose | ☐ | 5K2.21 | Dismissed and Uncharged Conduct |
| ☐ | 5K2.0 | Aggravating or Mitigating Circumstances | ☐ | 5K2.10 | Victim's Conduct | ☐ | 5K2.22 | Age or Health of Sex Offenders |
| | | | | | | ☐ | 5K2.23 | Discharged Terms of Imprisonment |
| | | | | | | ☐ | Other guideline basis (*e.g.,* 2B1.1 commentary) | |

D   **Explain the facts justifying the departure.**  (Use Section VIII if necessary.)

DEFENDANT: **CARLOS MANUEL MONTERO**  
CASE NUMBER: **1: 05 CR 10238 - 001 - WGY**  
DISTRICT: **MASSACHUSETTS**

Judgment — Page  of  3

# STATEMENT OF REASONS

**VI COURT DETERMINATION FOR SENTENCE OUTSIDE THE ADVISORY GUIDELINE SYSTEM**
(Check all that apply.)

A **The sentence imposed is** (Check only one.):
- ☑ below the advisory guideline range
- ☐ above the advisory guideline range

B **Sentence imposed pursuant to** (Check all that apply.):

1 **Plea Agreement** (Check all that apply and check reason(s) below.):
- ☐ binding plea agreement for a sentence outside the advisory guideline system accepted by the court
- ☐ plea agreement for a sentence outside the advisory guideline system, which the court finds to be reasonable
- ☐ plea agreement that states that the government will not oppose a defense motion to the court to sentence outside the advisory guideline system

2 **Motion Not Addressed in a Plea Agreement** (Check all that apply and check reason(s) below.):
- ☐ government motion for a sentence outside of the advisory guideline system
- ☐ defense motion for a sentence outside of the advisory guideline system to which the government did not object
- ☐ defense motion for a sentence outside of the advisory guideline system to which the government objected

3 **Other**
- ☐ Other than a plea agreement or motion by the parties for a sentence outside of the advisory guideline system (Check reason(s) below.):

C **Reason(s) for Sentence Outside the Advisory Guideline System** (Check all that apply.)
- ☐ the nature and circumstances of the offense and the history and characteristics of the defendant pursuant to 18 U.S.C. § 3553(a)(1)
- ☐ to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A))
- ☐ to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B))
- ☐ to protect the public from further crimes of the defendant (18 U.S.C. § 3553(a)(2)(C))
- ☐ to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner (18 U.S.C. § 3553(a)(2)(D))
- ☐ to avoid unwarranted sentencing disparities among defendants (18 U.S.C. § 3553(a)(6))
- ☐ to provide restitution to any victims of the offense (18 U.S.C. § 3553(a)(7))

D **Explain the facts justifying a sentence outside the advisory guideline system.** (Use Section VIII if necessary.)

To account for time held in ICE custody

| | |
|---|---|
| DEFENDANT: **CARLOS MANUEL MONTERO** | Judgment — Page  of  3 |
| CASE NUMBER: **1: 05 CR 10238 - 001 - WGY** | |
| DISTRICT: **MASSACHUSETTS** | |

# STATEMENT OF REASONS

**VII COURT DETERMINATIONS OF RESTITUTION**

A ☒ Restitution Not Applicable.

B   Total Amount of Restitution: _____

C   Restitution not ordered (Check only one.):

  1 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because the number of identifiable victims is so large as to make restitution impracticable under 18 U.S.C. § 3663A(c)(3)(A).

  2 ☐ For offenses for which restitution is otherwise mandatory under 18 U.S.C. § 3663A, restitution is not ordered because determining complex issues of fact and relating them to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim would be outweighed by the burden on the sentencing process under 18 U.S.C. § 3663A(c)(3)(B).

  3 ☐ For other offenses for which restitution is authorized under 18 U.S.C. § 3663 and/or required by the sentencing guidelines, restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims under 18 U.S.C. § 3663(a)(1)(B)(ii).

  4 ☐ Restitution is not ordered for other reasons. (Explain.)

D ☐ Partial restitution is ordered for these reasons (18 U.S.C. § 3553(c)):

**VIII  ADDITIONAL FACTS JUSTIFYING THE SENTENCE IN THIS CASE** (If applicable.)

Sections I, II, III, IV, and VII of the Statement of Reasons form must be completed in all felony cases.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | Date of Imposition of Judgment 04/05/06 |
| Defendant's Date of Birth: 74 | /s/ William G. Young |
| Defendant's Residence Address: | Signature of Judge |
| | The Honorable William G. Young  Judge, U.S. District Court |
| Defendant's Mailing Address: | Name and Title of Judge |
| | Date Signed  4/5/06 |